IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE WEBB and AARON HODGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | Case No. 1:19-cv-00665-SCJ |

**DECLARATION OF CODY AUGHNEY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Cody Aughney, hereby declare as follows:

1. I am an adult over the age of 18 and a resident of the state of California. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am currently employed as Senior Director Supply Operations for DoorDash, Inc. ("DoorDash"). In that role, I am knowledgeable of contractor-facing aspects of DoorDash's business, and I have personal knowledge of DoorDash's business model and operating systems. I have been employed by DoorDash since 2016.

3. I make this declaration in support of Defendant DoorDash's Motion to Compel Arbitration and Dismiss Plaintiffs' First Amended Complaint. I am authorized

1

to make these statements on behalf of DoorDash. In my role at DoorDash, I have access to and personal knowledge of the matters and information set forth in this declaration, and if called upon to testify thereto, could and would competently do so. The data from which the information set forth in this declaration was determined is maintained in the regular course of DoorDash's business.

4. DoorDash's business is conducted throughout the United States and is directly involved in interstate commerce. DoorDash engages in a multistate business, allowing Dashers to accept delivery opportunities in all 50 states. DoorDash also operates in the District of Columbia and throughout Canada.

5. DoorDash's mobile application (the "DoorDash app") is Internet-based. Transactions conducted via the DoorDash app involve instrumentalities of interstate commerce including the Internet, and technological infrastructure in various states. DoorDash operates offices that engage in business in each of the states where Dashers are able to accept delivery opportunities.

6. DoorDash advertises its platform to potential customers, Dashers, restaurants, and other businesses on the Internet. DoorDash also communicates with customers, Dashers, restaurants, and other business located in other states by telephone, mail, and email.

7. Dashers are able to accept delivery opportunities both in the state where they first signed up to become a Dasher and in any other state in which DoorDash operates.

8. Likewise, customers who use the DoorDash app to place orders may do so in any state in which DoorDash operates, regardless of where they created their DoorDash account.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on this 7th day of June, 2019.

*Cody Aughney* (DocuSigned, FB72E9DDA8C14E8...)

Cody Aughney